IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DYLAN WAYNE GOETZ,

    Petitioner,

v.

CAPRICE MASSEY,

    Respondent.

Case No. 3:24-cv-01704-AR

**ORDER TO DISMISS**

**BAGGIO, District Judge**

    Petitioner Dylan Wayne Goetz, an adult in custody at the Washington County Jail, brings this 28 U.S.C. § 2254 habeas corpus action as a self-represented litigant. On October 7, 2024, Magistrate Judge Jeff Armistead issued an Order (ECF No. 3) requiring Goetz to either pay the $5.00 filing fee or submit an application to proceed *in forma pauperis* within 30 days. Judge Armistead advised Goetz that if he failed to do so, this action would be dismissed.

    Goetz did not pay the filing fee or submit an application to proceed *in forma pauperis*. Accordingly, IT IS ORDERED that this action is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED: 11/19/2024

*Amy M. Baggio*
Amy M. Baggio
United States District Judge

1 – ORDER TO DISMISS